UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL S. GUERTIN, Plaintiff | ) | C.A. No. 04-499/ML |
| v. | ) | |
| THE STANDARD INSURANCE COMPANY, Defendant | ) | |

FILED MAY 05 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**DEFENDANT'S MOTION PURSUANT TO FED. R. CIV. P. 45(e) TO HOLD BLUE CROSS BLUE SHIELD OF MASSACHUSETTS IN CONTEMPT**

Defendant, The Standard Insurance Company, moves pursuant to Rule 45(e) of the Federal Rules of Civil Procedure to hold Blue Cross Blue Shield of Massachusetts in contempt for refusal to comply with a valid subpoena.

Defendant files herewith a supporting memorandum of law.

Catherine A. Syner

Brooks R. Magratten, Esq. #3585
Catherine A. Syner, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
The Standard Insurance Company
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: May 5th, 2005

Passed as moot per BCBS Massachusetts compliance. Mary M. Lisi USDJ 5/20/05

CERTIFICATE OF SERVICE

TO:

Anthony J. Gianfrancesco, Esq.
Baluch, Gianfrancesco, Mathieu
& Szerlag
155 South Main Street
Suite 101
Providence, RI 02903

Theresa McInerney
Law Department
Blue Cross Blue Shield
of Massachusetts
Landmark Building, 8th Floor
401 Park Drive
Boston, MA 02215

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Motion by mailing first class mail, postage prepaid, on May 5th, 2005.

/Melanie Goretti/