UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL S. GUERTIN, Plaintiff | ) | C.A. No. 04-499/ML |
| v. | ) | |
| THE STANDARD INSURANCE COMPANY, Defendant | ) | DISMISSAL STIPULATION |

Plaintiff and defendant agree that the amended complaint may be dismissed with prejudice. No costs or fees awarded.

Anthony J. Gianfrancesco, Esq. #2762
Baluch, Gianfrancesco, Mathieu & Szerlag
Attorneys for Plaintiff
155 South Main Street
Suite 101
Providence, RI 02903
(401) 331-1434
(401) 351-9653 [FAX]

Brooks R. Magratten, Esq. #3585
VETTER & WHITE
Attorneys for Defendant
The Standard Insurance Company
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 277-6803 [FAX]

Dated: June 21, 2005

Enter: Mary M. Lisi USDJ 6/23/05